**BURSOR & FISHER, P.A.**
Max S. Roberts (State Bar No. 363482)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: mroberts@bursor.com

**BURSOR & FISHER, P.A.**
Kaili C. Lynn (State Bar No. 334933)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: klynn@bursor.com
jwilner@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

KILEY KRZYZEK and CHRISTIAN CALCINES, individually and on behalf of all persons similarly situated,

Plaintiffs,

v.

OPENX TECHNOLOGIES, INC.,

Defendant.

Case No. 3:25-cv-05588-SI

**PLAINTIFFS' STATEMENT OF RECENT DEICISION**

Date: January 16, 2026
Time: 10:00 a.m.
Ctrm: 1 - 17th Floor
Judge: Hon. Susan Illston

Pursuant to Local Rule 7-3(d)(2), Plaintiffs Kiley Krzyzek and Christian Calcines respectfully submit this Statement of Recent Decision regarding the pending Motion to Dismiss (ECF Nos. 26-27). Plaintiffs bring to the Court's attention a recent decision by the Honorable Rita F. Lin in *Gilligan v. Experian Data Corp.*, Case No. 3:25-cv-02873-RFL, ECF No. 51 (N.D. Cal. Jan. 6, 2026). A copy of the decision is attached hereto as **Exhibit 1**. The decision is relevant to the Parties' respective arguments regarding whether Plaintiffs have Article III standing and whether Plaintiffs have sufficiently pled each of their claims.

Dated: January 6, 2026

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Max S. Roberts*
Max S. Roberts

Max S. Roberts (State Bar No. 363482)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: mroberts@bursor.com

**BURSOR & FISHER, P.A.**
Kaili C. Lynn (State Bar No. 334933)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: klynn@bursor.com
jwilner@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com

*Attorneys for Plaintiffs*