TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
CAMILA A. TAPERNOUX (CA SBN 299289)
CTapernoux@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California  94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

Attorneys for Defendant
OPENX TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILEY KRZYZEK AND CHRISTIAN CALCINES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>OPENX TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 3:25-cv-05588-SI<br><br>**DEFENDANT OPENX TECHNOLOGIES, INC.'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**<br><br>Date:  April 17, 2026<br>Time:  10:00 a.m.<br>Courtroom:  1 - 17th Floor<br>Judge:  Honorable Susan Illston<br><br>Action Filed:  July 2, 2025 |

DEFENDANT'S RESPONSE TO MOTION FOR LEAVE
CASE NO. 3:25-CV-05588-SI

MF-367679874

Defendant OpenX Technologies, Inc. ("OpenX") submits this response to Plaintiffs' Motion for Leave to File a Second Amended Complaint ("Motion") and subsequently filed Errata (ECF Nos. 44–45) to clarify the record. OpenX does not oppose Plaintiffs' Motion, but continues to reserve all rights with respect to any and all claims asserted in any amended complaint.

Plaintiffs' Motion asserts that OpenX "indicated that Plaintiffs would need to move to amend and that it had not yet determined whether it would oppose the motion." ECF No. 44 at 3. In fact, as detailed below, OpenX:

- noted that the deadline to amend as of right had already passed, and accordingly—even if OpenX would not oppose Plaintiffs' proposed amendment—Plaintiffs would need to seek leave of Court to amend, and

- sent a request to Plaintiffs for additional information regarding the proposed amended complaint in order to inform OpenX's position on whether it would oppose amendment, to which Plaintiffs did not respond.

***

On January 27, 2026, this Court issued an order dismissing Plaintiffs' claim for unjust enrichment with leave to amend, and provided a deadline of February 5, 2026 to file any amended complaint. ECF No. 35. On February 4, 2026, Plaintiffs filed a Notice of Intent not to File an Amended Complaint. ECF No. 37.

On February 20, 2026, the parties filed a stipulation reflecting that "on February 11, 2026, Plaintiffs informed OpenX that they intend to seek leave to file a Second Amended Complaint," that "OpenX is evaluating its position" with respect to the anticipated motion for leave, and that "the Parties' Joint Case Management Statement proposes a deadline of April 20, 2026 for Plaintiffs to seek leave to amend the pleadings." (ECF No. 39; *see also* ECF No. 38 (February, 13, 2026 Joint CMC Statement proposing April 20, 2026 deadline to seek leave to amend.) The Court's February 20, 2026 Minute Entry following the Initial Case Management Conference adopted the proposed April 20, 2026 deadline, confirming that if Plaintiffs proceeded with seeking to file an amended complaint, they would need to move for leave to do so. ECF No. 42.

Plaintiffs' suggestion that they only moved for leave to amend because OpenX "indicated [they] would need to" is thus inaccurate. Instead, OpenX simply informed Plaintiffs of what the Rules and case schedule required of Plaintiffs.

On March 9, 2026, OpenX told Plaintiffs that it was:

> likely willing to agree not to oppose your anticipated motion for leave to amend, but would need for the SAC to provide more specific allegations as to Plaintiff Uskup to provide at least the relevant basic factual details—specifically, identifying the website(s) on which Uskup claims to have been tracked and the relevant timeframe of her visits. Please let us know if Plaintiffs agree to do so.

Declaration of Camila A. Tapernoux filed herewith, ¶ 3, Ex. A. OpenX provided this response because the draft Second Amended Complaint that Plaintiffs shared with OpenX alleged only that new named Plaintiff Uskup "accessed websites where Defendant's tracker collected information." The same is true of the proposed Second Amended Complaint Plaintiffs ultimately filed with their Motion for Leave. ECF No. 45-1 at ¶ 5.

On March 10, 2026, without responding to OpenX, Plaintiffs filed their Motion for Leave. Tapernoux Decl., ¶ 4.

\*\*\*

Because Plaintiffs' Motion omits these material points, OpenX submits this response to clarify the record. As noted, OpenX does not oppose Plaintiffs' Motion for Leave, but continues to reserve all rights with respect to any and all claims asserted in any amended complaint.

Dated: March 24, 2026                     MORRISON & FOERSTER LLP


                                          By:  *Camila A. Tapernoux*
                                          Tiffany Cheung
                                          Camila A. Tapernoux

                                          *Attorneys for Defendant*
                                          OPENX TECHNOLOGIES, INC.

DEFENDANT'S RESPONSE TO MOTION
FOR LEAVE
CASE NO. 3:25-CV-05588-SI                              3

MF-367679874