TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
CAMILA A. TAPERNOUX (CA SBN 299289)
CTapernoux@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
OPENX TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN COBBS, DILARA USKUP, and CHRISTIAN CALCINES, individually and on behalf of all others similarly situated, | Case No. 3:25-cv-05588-SI |
| Plaintiff, | **OPENX TECHNOLOGIES, INC.'S ANSWER TO SECOND AMENDED CLASS ACTION COMPLAINT** |
| v. | **JURY TRIAL DEMANDED** |
| OPENX TECHNOLOGIES, INC., | Hon. Susan Illston |
| Defendant. | |

Defendant OpenX Technologies, Inc. ("OpenX") hereby answers Plaintiffs' Second Amended Class Action Complaint ("SAC"). Any and all allegations not specifically admitted herein are denied. To the extent the SAC asserts conclusions of law, such conclusions of law require no response. To the extent any response is required to headings or other unnumbered paragraphs in the SAC, OpenX denies the allegations, if any, contained in such headings or unnumbered paragraphs.

1.       To the extent the allegations in Paragraph 1 of the SAC state conclusions of law, no response is required. To the extent any response is required, OpenX admits that it is an independent supply-side platform that operates an advertising exchange that enables website publishers to sell digital ad space on properties they own and facilitates advertisers' ability to buy and display their advertisements on that digital ad space. OpenX further admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. Except as otherwise stated, OpenX denies the allegations in Paragraph 1 of the SAC.

2.       To the extent the allegations in Paragraph 2 of the SAC state conclusions of law, no response is required. To the extent any response is required, OpenX admits that it is an independent supply-side platform that operates an advertising exchange that enables website publishers to sell digital ad space on properties they own and facilitates advertisers' ability to buy and display their advertisements on that digital ad space. OpenX further admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. Except as otherwise stated, OpenX denies the allegations in Paragraph 2 of the SAC.

3.       To the extent the allegations in Paragraph 3 of the SAC state conclusions of law, no response is required. To the extent any response is required, OpenX admits that Plaintiffs seek to bring this action individually and on behalf of a nationwide class and California subclass of all other similarly situated individuals. OpenX denies that any putative class is amenable to class certification and that Plaintiffs can satisfy the requirements of Federal Rule of Civil Procedure 23. OpenX further denies all liability. Except as otherwise stated, OpenX denies the allegations in Paragraph 3 of the SAC.

4.    To the extent the allegations in Paragraph 4 of the SAC state conclusions of law, no response is required. To the extent any response is required, OpenX denies that it partners with Covered California as a publisher. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 4 of the SAC and, on that basis, denies them.

5.    To the extent the allegations in Paragraph 5 of the SAC state conclusions of law, no response is required. To the extent any response is required, OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 5 of the SAC and, on that basis, denies them.

6.    To the extent the allegations in Paragraph 6 of the SAC state conclusions of law, no response is required. To the extent any response is required, OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 6 of the SAC and, on that basis, denies them.

7.    OpenX admits that it is incorporated in Delaware. OpenX denies that its principal place of business is located at 888 E. Walnut Street, 2nd Floor, Pasadena, CA 91101. OpenX further admits that it is an independent supply-side platform that operates an advertising exchange that enables website publishers to sell digital ad space on properties they own and facilitates advertisers' ability to buy and display their advertisements on that digital ad space. Except as otherwise stated, OpenX denies the allegations in Paragraph 7 of the SAC.

8.    To the extent the allegations in Paragraph 8 of the SAC reference or purport to summarize, interpret, or quote 28 U.S.C. § 1332, the statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content. To the extent the allegations in Paragraph 8 of the SAC state conclusions of law, no response is required. To the extent any response is required, OpenX admits that Plaintiffs allege the requisite amount in controversy pursuant to §1332. OpenX admits that Plaintiffs allege at least one member of the putative Class is a citizen of a state different from OpenX. OpenX denies that Plaintiffs (or any member of the putative class) have suffered any injury or damages or that class treatment is appropriate. Except as otherwise stated, OpenX denies allegations in Paragraph 8 of the SAC.

9. To the extent the allegations in Paragraph 9 of the SAC state conclusions of law, no response is required. To the extent any response is required, OpenX admits that OpenX's headquarters is in California. Except as otherwise stated, OpenX denies the allegations in Paragraph 9 of the SAC.

10. To the extent the allegations in Paragraph 10 of the SAC reference or purport to summarize, interpret, or quote 28 U.S.C. § 1391, the statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content. To the extent allegations in Paragraph 10 of the SAC state conclusions of law, no response is required. Except as otherwise stated, OpenX denies the allegations in Paragraph 10 of the SAC.

11. To the extent the allegations in Paragraph 11 of the SAC state conclusions of law, no response is required. To the extent any response is required, OpenX denies the remaining allegations in Paragraph 11 of the SAC.

12. To the extent the allegations in Paragraph 12 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX admits that it is registered with the State of California as a data broker. OpenX further admits that it is an independent supply-side platform that operates an advertising exchange. Except as otherwise stated, OpenX denies the allegations in Paragraph 12 of the SAC.

13. To the extent the allegations in Paragraph 13 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. To the extent the allegations in Paragraph 13 of the SAC reference or purport to summarize, interpret, or quote Cal. Civ. Code § 1798.99.80, the statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content. To the extent the allegations in Paragraph 12 of the SAC state conclusions of law, no response is required. Except as otherwise stated, OpenX denies the allegations in Paragraph 13 of the SAC.

14.     To the extent the allegations in Paragraph 14 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. To the extent the allegations in Paragraph 14 of the SAC reference or purport to summarize, interpret, or quote Cal. Civ. Code § 1798.99.82, the statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content. To the extent the allegations in Paragraph 14 of the SAC state conclusions of law, no response is required. To the extent any response is required, OpenX admits that it is registered with the State of California as a data broker. Except as otherwise stated, OpenX denies the allegations in Paragraph 14 of the SAC.

15.     To the extent the allegations in Paragraph 15 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 15 of the SAC and, on that basis, denies them.

16.     To the extent the allegations in Paragraph 16 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX admits that it is registered with the State of California as a data broker. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 16 of the SAC and, on that basis, denies them.

17.     The allegations in Paragraph 17 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content.

18.     To the extent the allegations in Paragraph 18 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is

inconsistent with its content. To the extent the allegations in Paragraph 18 of the SAC state conclusions of law, no response is required. Except as otherwise stated, OpenX denies the allegations in Paragraph 18 of the SAC.

19.    To the extent the allegations in Paragraph 19 of the SAC state conclusions of law, no response is required. To the extent the allegations in Paragraph 19 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 19 of the SAC and, on that basis, denies them.

20.    To the extent the allegations in Paragraph 20 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 20 of the SAC and, on that basis, denies them.

21.    To the extent the allegations in Paragraph 21 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 21 of the SAC and, on that basis, denies them.

22.    To the extent the allegations in Paragraph 22 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX admits that it is registered with the State of California as a data broker. OpenX further admits that cookies may be used in the course of doing business. OpenX further admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. OpenX lacks knowledge or

information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 22 of the SAC and, on that basis, denies them.

23.     To the extent the allegations in Paragraph 23 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 23 of the SAC and, on that basis, denies them.

24.     To the extent allegations in Paragraph 24 of the SAC state conclusions of law, no response is required. To the extent any response is required, OpenX admits that it is an independent supply-side platform that operates an advertising exchange that enables website publishers to sell digital ad space on properties they own and facilitates advertisers' ability to buy and display their advertisements on that digital ad space. OpenX further admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. As to the remaining allegations in Paragraph 24 of the SAC, OpenX denies the allegations or lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, on that basis, denies them.

25.     OpenX admits that it is registered with the State of California as a data broker. OpenX admits that it is an independent supply-side platform that operates an advertising exchange that enables website publishers to sell digital ad space on properties they own and facilitates advertisers' ability to buy and display their advertisements on that digital ad space. OpenX further admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. As to the remaining allegations in Paragraph 25 of the SAC, OpenX denies the allegations or lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, on that basis, denies them.

26.     To the extent the allegations in Paragraph 26 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is

inconsistent with its content. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 26 of the SAC and, on that basis, denies them.

27.     The allegations in Paragraph 27 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content.

28.     To the extent the allegations in Paragraph 28 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX admits that it is registered with the State of California as a data broker. OpenX further admits that it is an independent supply-side platform that operates an advertising exchange. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 28 of the SAC and, on that basis, denies them.

29.     The allegations in Paragraph 29 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content.

30.     To the extent the allegations in Paragraph 30 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX admits that it is registered with the State of California as a data broker. OpenX further admits that it is an independent supply-side platform that operates an advertising exchange. OpenX further admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 30 of the SAC and, on that basis, denies them.

31.     OpenX admits that it is an independent supply-side platform that operates an advertising exchange that enables website publishers to sell digital ad space on properties they own

and facilitates advertisers' ability to buy and display their advertisements on that digital ad space. OpenX further admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 31 of the SAC and, on that basis, denies them.

32. To the extent the allegations in Paragraph 32 of the SAC state conclusions of law, no response is required. To the extent the allegations in Paragraph 32 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 32 of the SAC and, on that basis, denies them.

33. To the extent the allegations in Paragraph 33 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. To the extent the allegations in Paragraph 33 of the SAC state conclusions of law, no response is required. Except as otherwise stated, OpenX denies the allegations in Paragraph 33 of the SAC.

34. To the extent the allegations in Paragraph 34 of the SAC state conclusions of law, no response is required. The allegations in Paragraph 34 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content.

35. To the extent the allegations in Paragraph 35 of the SAC state conclusions of law, no response is required. To the extent the allegations in Paragraph 35 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. To the extent a response is required, OpenX lacks knowledge

or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 35 of the SAC and, on that basis, denies them.

36.     To the extent the allegations in Paragraph 36 of the SAC state conclusions of law, no response is required. The remaining allegations in Paragraph 36 of the SAC reference or purport to summarize, interpret, or quote case law. The case law speaks for itself, and OpenX denies any characterization of the case law that is inconsistent with its content.

37.     OpenX denies that it deanonymizes any user. OpenX admits that it is registered with the State of California as a data broker. OpenX admits that it is an independent supply-side platform that operates an advertising exchange that enables website publishers to sell digital ad space on properties they own and facilitates advertisers' ability to buy and display their advertisements on that digital ad space. OpenX further admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. OpenX further admits that cookies may be used in the course of doing business. Except as otherwise stated, OpenX denies the allegations in Paragraph 37 of the SAC.

38.     To the extent the allegations in Paragraph 38 of the SAC state conclusions of law, no response is required. To the extent the allegations in Paragraph 38 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. Except as otherwise stated, OpenX denies the allegations in Paragraph 38 of the SAC.

39.     The allegations in Paragraph 39 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. Except as otherwise stated, OpenX denies the allegations in Paragraph 39 of the SAC.

40.     To the extent the allegations in Paragraph 40 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX admits that OpenX may collect, maintain, or process limited,

pseudonymized information that may be associated with a device or a collection of devices. Except as otherwise stated, OpenX denies the allegations in Paragraph 40 of the SAC.

41.    The allegations in Paragraph 41 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content.

42.    The allegations in Paragraph 42 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content.

43.    To the extent the allegations in Paragraph 43 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX denies that it has "Partner Trackers." OpenX admits that it works with publishers (companies that offer advertising space on their digital platforms) and advertising partners (such as brands, advertising agencies, and demand-side platforms). OpenX further admits that cookies may be used in the course of doing business. OpenX admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. Except as otherwise stated, OpenX denies the allegations in Paragraph 43 of the SAC.

44.    To the extent the allegations in Paragraph 44 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX admits that it is registered with the State of California as a data broker. OpenX further admits that it is an independent supply-side platform that operates an advertising exchange that enables website publishers to sell digital ad space on properties they own and facilitates advertisers' ability to buy and display their advertisements on that digital ad space. OpenX further admits that OpenX may collect, maintain, or process limited, pseudonymized

information that may be associated with a device or a collection of devices. Except as otherwise stated, OpenX denies the allegations in Paragraph 44 of the SAC.

45.     To the extent the allegations in Paragraph 45 of the SAC state conclusions of law, no response is required. To the extent any response is required, OpenX denies that it deanonymizes any user. OpenX admits that it is an independent supply-side platform that operates an advertising exchange that enables website publishers to sell digital ad space on properties they own and facilitates advertisers' ability to buy and display their advertisements on that digital ad space. OpenX further admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. Except as otherwise stated, OpenX denies the allegations in Paragraph 45 of the SAC.

46.     OpenX admits that it is an independent supply-side platform that operates an advertising exchange that enables website publishers to sell digital ad space on properties they own and facilitates advertisers' ability to buy and display their advertisements on that digital ad space. OpenX further admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. Except as otherwise stated, OpenX denies the allegations in Paragraph 46 of the SAC.

47.     OpenX denies the allegations in Paragraph 47 of the SAC.

48.     To the extent the allegations in Paragraph 48 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX admits that it is registered with the State of California as a data broker. OpenX further admits that it was founded in 2008 by Damon Reeve, Jason Fairchild, and Scott Switzer. Except as otherwise stated, OpenX denies the allegations in Paragraph 48 of the SAC.

49.     The allegations in Paragraph 49 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content.

50.     To the extent the allegations in Paragraph 50 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX admits that it is an independent supply-side platform that operates an advertising exchange that enables website publishers to sell digital ad space on properties they own and facilitates advertisers' ability to buy and display their advertisements on that digital ad space. Except as otherwise stated, OpenX denies the allegations in Paragraph 50 of the SAC.

51.     The allegations in Paragraph 51 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. Except as otherwise stated, OpenX denies the allegations in Paragraph 51 of the SAC.

52.     OpenX admits that it is an independent supply-side platform that operates an advertising exchange that enables website publishers to sell digital ad space on properties they own and facilitates advertisers' ability to buy and display their advertisements on that digital ad space. OpenX further admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. OpenX further admits that it works with publishers (companies that offer advertising space on their digital platforms) and advertising partners (such as brands, advertising agencies, and demand-side platforms). Except as otherwise stated, OpenX denies the allegations in Paragraph 52 of the SAC.

53.     OpenX admits that it is an independent supply-side platform that operates an advertising exchange that enables website publishers to sell digital ad space on properties they own and facilitates advertisers' ability to buy and display their advertisements on that digital ad space. OpenX further admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. OpenX further admits that it works with publishers (companies that offer advertising space on their digital platforms) and advertising partners (such as brands, advertising agencies, and demand-side platforms). Except as otherwise stated, OpenX denies the allegations in Paragraph 53 of the SAC.

54. OpenX admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. OpenX further admits that it works with publishers (companies that offer advertising space on their digital platforms) and advertising partners (such as brands, advertising agencies, and demand-side platforms). OpenX further admits that it facilitates more effective audience targeting using limited, pseudonymized information that may be associated with a device or a collection of devices. Except as otherwise stated, OpenX denies the allegations in Paragraph 54 of the SAC.

55. The allegations in Paragraph 55 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content.

56. The allegations in Paragraph 56 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content.

57. The allegations in Paragraph 57 of the SAC reference or purport to summarize, interpret, or quote documents or online sources. The documents or online sources speak for themselves, and OpenX denies any characterization of the documents or online sources that is inconsistent with their content.

58. The allegations in Paragraph 58 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. Except as otherwise stated, OpenX denies the allegations in Paragraph 58 of the SAC.

59. The allegations in Paragraph 59 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. Except as otherwise stated, OpenX denies the allegations in Paragraph 59 of the SAC.

60.     The allegations in Paragraph 60 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. Except as otherwise stated, OpenX denies the allegations in Paragraph 60 of the SAC.

61.     The allegations in Paragraph 61 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content.

62.     The allegations in Paragraph 62 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content.

63.     To the extent Paragraph 63 of the SAC contains conclusions of law, no response is required. To the extent any response is required, OpenX denies the allegations in Paragraph 63 of the SAC.

64.     To the extent the allegations in Paragraph 64 of the SAC state conclusions of law, no response is required. To the extent the allegations in Paragraph 64 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. To the extent any further response is required, OpenX denies the allegations in Paragraph 64 of the SAC.

65.     Paragraph 65 of the SAC contains conclusions of law to which no response is required. To the extent the allegations in Paragraph 65 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. Except as otherwise stated, OpenX denies the allegations in Paragraph 65 of the SAC.

65.    OpenX admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. OpenX further admits that it works with publishers (companies that offer advertising space on their digital platforms) and advertising partners (such as brands, advertising agencies, and demand-side platforms). OpenX denies that it offers an "OpenX Tracker." Except as otherwise stated, OpenX denies the allegations in Paragraph 65 of the SAC.[1]

66.    The allegations in Paragraph 66 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content.

67.    The allegations in Paragraph 67 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content.

68.    To the extent the allegations in Paragraph 68 of the SAC state conclusions of law, no response is required. To the extent any response is required, OpenX admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. Except as otherwise stated, OpenX denies the allegations in Paragraph 68 of the SAC.

69.    The allegations in Paragraph 69 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content.

70.    The allegations in Paragraph 70 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself,

---

[1] Plaintiffs' SAC contains two consecutive paragraphs numbered 65. OpenX repeats this in its Answer to remain consistent with Plaintiffs' SAC.

and OpenX denies any characterization of the document or online source that is inconsistent with its content.

71. The allegations in Paragraph 71 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content.

72. The allegations in Paragraph 72 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content.

73. The allegations in Paragraph 73 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content.

74. The allegations in Paragraph 74 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content.

75. The allegations in Paragraph 75 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content.

76. To the extent the allegations in Paragraph 76 of the SAC are directed toward a third party, no response is required. To the extent any response is required, OpenX admits that it works with publishers (companies that offer advertising space on their digital platforms) and advertising partners (such as brands, advertising agencies, and demand-side platforms)s. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 76 of the SAC and, on that basis, denies them.

77.    OpenX admits that it works with publishers (companies that offer advertising space on their digital platforms) and advertising partners (such as brands, advertising agencies, and demand-side platforms). OpenX further admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. Except as otherwise stated, OpenX denies the allegations in Paragraph 77 of the SAC.

78.    To the extent the allegations in Paragraph 78 of the SAC are directed toward a third party, no response is required. To the extent any response is required, OpenX admits that it works with publishers (companies that offer advertising space on their digital platforms) and advertising partners (such as brands, advertising agencies, and demand-side platforms). OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 78 of the SAC and, on that basis, denies them.

79.    To the extent the allegations in Paragraph 79 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. OpenX further admits that it works with Adobe Audience Manager. Except as otherwise stated, OpenX denies the allegations in Paragraph 79 of the SAC.

80.    The allegations in Paragraph 80 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content.

81.    The allegations in Paragraph 81 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content.

82.    The allegations in Paragraph 82 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself,

and OpenX denies any characterization of the document or online source that is inconsistent with its content.

83. The allegations in Paragraph 83 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. Except as otherwise stated, OpenX denies the allegations in Paragraph 83 of the SAC.

84. To the extent the allegations in Paragraph 84 of the SAC are directed toward a third party, no response is required. The allegations in Paragraph 84 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content.

85. To the extent the allegations in Paragraph 85 of the SAC are directed toward a third party, no response is required. The allegations in Paragraph 85 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content.

86. The allegations in Paragraph 86 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content.

87. The allegations in Paragraph 87 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content.

88. To the extent the allegations in Paragraph 88 of the SAC state conclusions of law or are directed toward a third party, no response is required. To the extent any response is required, OpenX admits that it is an independent supply-side platform that operates an advertising exchange.

OpenX further admits that it is registered with the State of California as a data broker. OpenX denies the remaining allegations in Paragraph 88 of the SAC.

89.     To the extent the allegations in Paragraph 89 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. Except as otherwise stated, OpenX denies the allegations in Paragraph 89 of the SAC.

90.     OpenX admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. Except as otherwise stated, OpenX denies the allegations in Paragraph 90 of the SAC.

91.     OpenX admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. Except as otherwise stated, OpenX denies the allegations in Paragraph 91 of the SAC.

92.     OpenX admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. OpenX further admits that cookies and IP addresses may be used in the course of doing business. OpenX denies that it deanonymizes any user. Except as otherwise stated, OpenX denies the allegations in Paragraph 92 of the SAC.

93.     OpenX admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. OpenX further admits that cookies and IP addresses may be used in the course of doing business. Except as otherwise stated, OpenX denies the allegations in Paragraph 93 of the SAC.

94.     To the extent the allegations in Paragraph 94 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX admits that cookies can be removed by users and may be

associated with a device or a collection of devices. Except as otherwise stated, OpenX denies the allegations in Paragraph 94 of the SAC.

95.     The allegations in Paragraph 95 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content.

96.     The allegations in Paragraph 96 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content.

97.     To the extent the allegations in Paragraph 97 of the SAC are directed toward a third party, no response is required. OpenX admits that it is an independent supply-side platform that operates an advertising exchange. OpenX further admits that it works with publishers (companies that offer advertising space on their digital platforms) and advertising partners (such as brands, advertising agencies, and demand-side platforms). OpenX further admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. OpenX further admits that cookies may be used in the course of doing business. Except as otherwise stated, OpenX denies the allegations in Paragraph 97 of the SAC.

98.     OpenX admits that it works with publishers (companies that offer advertising space on their digital platforms) and advertising partners (such as brands, advertising agencies, and demand-side platforms). OpenX further admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. OpenX further admits that cookies may be used in the course of doing business. Except as otherwise stated, OpenX denies the allegations in Paragraph 98 of the SAC.

99.     OpenX further admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. Except as otherwise stated, OpenX denies the allegations in Paragraph 99 of the SAC.

100.    OpenX admits that IP addresses may be associated with a device or a collection of devices. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 100 of the SAC and, on that basis, denies them.

101.    The allegations in Paragraph 101 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 101 of the SAC and, on that basis, denies them.

102.    OpenX lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 102 of the SAC and, on that basis, denies them.

103.    OpenX lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 103 of the SAC and, on that basis, denies them.

104.    To the extent the allegations in Paragraph 104 of the SAC are directed toward a third party, no response is required. The allegations in Paragraph 104 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX admits that a non-precise location related to an internet connection potentially could be derived from an IP address. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 104 of the SAC and, on that basis, denies them.

105.    To the extent the allegations in Paragraph 105 of the SAC are directed toward third parties, no response is required. The allegations in Paragraph 105 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. Except as otherwise stated, OpenX denies the allegations in Paragraph 105 of the SAC.

106.    To the extent the allegations in Paragraph 106 of the SAC are directed toward third parties, no response is required. The allegations in Paragraph 106 of the SAC reference or purport

to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 106 of the SAC and, on that basis, denies them.

107.    To the extent the allegations in Paragraph 107 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. Except as otherwise stated, OpenX denies the allegations in Paragraph 107 of the SAC.

108.    To the extent the allegations in Paragraph 108 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 108 of the SAC and, on that basis, denies them.

109.    To the extent the allegations in Paragraph 109 of the SAC are directed toward third parties, no response is required. To the extent the allegations in Paragraph 109 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 106 of the SAC and, on that basis, denies them.

110.    To the extent the allegations in Paragraph 110 of the SAC are directed toward third parties, no response is required. The allegations in Paragraph 110 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX lacks knowledge or information sufficient to form a belief as

to the truth of the remaining allegations in Paragraph 110 of the SAC and, on that basis, denies them.

111.    To the extent the allegations in Paragraph 111 of the SAC state conclusions of law, no response is required. To the extent the allegations in Paragraph 111 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. Except as otherwise stated, OpenX denies the allegations in Paragraph 111 of the SAC.

112.    To the extent the allegations in Paragraph 110 of the SAC are directed toward third parties, no response is required. To the extent the allegations in Paragraph 112 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 112 of the SAC and, on that basis, denies them.

113.    Paragraph 113 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies the allegations in Paragraph 113 of the SAC.

114.    To the extent Paragraph 114 of the SAC contains conclusions of law, no response is required. The allegations in Paragraph 114 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content.

115.    To the extent Paragraph 115 of the SAC contains conclusions of law, no response is required. The allegations in Paragraph 115 of the SAC reference or purport to summarize, interpret, or quote Cal. Civ. Code § 1798.140. The statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content.

116.    To the extent the allegations in Paragraph 116 of the SAC are directed toward a third party, no response is required. To the extent any response is required, OpenX lacks knowledge or

information sufficient to form a belief as to the truth of the allegations in Paragraph 116 of the SAC and, on that basis, denies them.

117. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 117 of the SAC and, on that basis, denies them.

118. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 118 of the SAC and, on that basis, denies them.

119. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 119 of the SAC and, on that basis, denies them.

120. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 120 of the SAC and, on that basis, denies them.

121. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 121 of the SAC and, on that basis, denies them.

122. OpenX admits that it works with publishers (companies that offer advertising space on their digital platforms) and advertising partners (such as brands, advertising agencies, and demand-side platforms). OpenX further admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. Except as otherwise stated, OpenX denies the allegations in Paragraph 122 of the SAC.

123. OpenX admits that it works with publishers (companies that offer advertising space on their digital platforms) and advertising partners (such as brands, advertising agencies, and demand-side platforms). OpenX admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. Except as otherwise stated, OpenX denies the allegations in Paragraph 123 of the SAC.

124. The allegations in Paragraph 124 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX admits that software development kits and application programming interfaces are among the types of technologies may be used in the course of doing business. Except as otherwise stated, OpenX denies the allegations in Paragraph 124 of the SAC.

125. The allegations in Paragraph 125 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content.

126. The allegations in Paragraph 126 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content.

127. The allegations in Paragraph 127 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content.

128. The allegations in Paragraph 128 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. Except as otherwise stated, OpenX denies the allegations in Paragraph 128 of the SAC.

129. The allegations in Paragraph 129 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content.

130. To the extent the allegations in Paragraph 130 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. Except as otherwise stated, OpenX lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 130 of the SAC and, on that basis, denies them.

131. To the extent the allegations in Paragraph 131 of the SAC are directed toward a third party, no response is required. To the extent the allegations in Paragraph 131 of the SAC reference

or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. To the extent the allegations in Paragraph 131 of the SAC reference or purport to summarize, interpret, or quote case law, the case law speaks for itself, and OpenX denies any characterization of the case law that is inconsistent with its content. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 131 of the SAC and, on that basis, denies them.

132.    To the extent the allegations in Paragraph 132 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 132 of the SAC and, on that basis, denies them.

133.    To the extent the allegations in Paragraph 133 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 133 of the SAC and, on that basis, denies them.

134.    To the extent the allegations in Paragraph 134 of the SAC are directed toward a third party, no response is required. To the extent the allegations in Paragraph 134 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 134 of the SAC and, on that basis, denies them.

135.    OpenX admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. As to

the remaining allegations in Paragraph 135 of the SAC, OpenX denies the allegations or lacks knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

136. To the extent the allegations in Paragraph 136 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 136 of the SAC and, on that basis, denies them.

137. To the extent the allegations in Paragraph 137 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 137 of the SAC and, on that basis, denies them.

138. To the extent the allegations in Paragraph 138 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 138 of the SAC and, on that basis, denies them.

139. To the extent the allegations in Paragraph 139 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 139 of the SAC and, on that basis, denies them.

140. To the extent the allegations in Paragraph 140 of the SAC are directed toward a third party, no response is required. To the extent the allegations in Paragraph 140 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. Except as otherwise stated, OpenX denies the allegations in Paragraph 140 of the SAC.

141. To the extent the allegations in Paragraph 141 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 141 of the SAC and, on that basis, denies them.

142. To the extent the allegations in Paragraph 142 of the SAC reference or purport to summarize, interpret, or quote case law, the case law speaks for itself, and OpenX denies any characterization of the case law that is inconsistent with its content. Except as otherwise stated, OpenX denies the allegations in Paragraph 142 of the SAC.

143. To the extent the allegations in Paragraph 143 of the SAC are directed toward a third party, no response is required. To the extent the allegations in Paragraph 143 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. Except as otherwise stated, OpenX denies the allegations in Paragraph 143 of the SAC.

144. Paragraph 144 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies the allegations in Paragraph 144 of the SAC.

145. OpenX admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. Except as otherwise stated, OpenX denies the allegations in Paragraph 145 of the SAC.

146. OpenX admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. OpenX denies the remaining allegations in Paragraph 146 of the SAC.

147. To the extent the allegations in Paragraph 147 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 147 of the SAC and, on that basis, denies them.

148. To the extent the allegations in Paragraph 148 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 148 of the SAC and, on that basis, denies them.

149. The allegations in Paragraph 149 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. Except as otherwise stated, OpenX denies the allegations in Paragraph 149 of the SAC.

150. To the extent the allegations in Paragraph 150 of the SAC are directed toward a third party, no response is required. The allegations in Paragraph 150 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content.

151. OpenX denies the allegations in Paragraph 151 of the SAC.

152. OpenX denies the allegations in Paragraph 152 of the SAC.

153.    OpenX admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. Except as otherwise stated, OpenX denies the allegations in Paragraph 153 of the SAC.

154.    OpenX admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. Except as otherwise stated, OpenX denies the allegations in Paragraph 154 of the SAC.

155.    The allegations in Paragraph 155 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. Except as otherwise stated, OpenX denies the allegations in Paragraph 155 of the SAC.

156.    OpenX admits that it works with publishers (companies that offer advertising space on their digital platforms) and advertising partners (such as brands, advertising agencies, and demand-side platforms). OpenX admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. Except as otherwise stated, OpenX denies the allegations in Paragraph 156 of the SAC.

157.    OpenX admits that it works with publishers (companies that offer advertising space on their digital platforms) and advertising partners (such as brands, advertising agencies, and demand-side platforms). Except as otherwise stated, OpenX denies the allegations in Paragraph 157 of the SAC.

158.    OpenX admits that it works with publishers (companies that offer advertising space on their digital platforms) and advertising partners (such as brands, advertising agencies, and demand-side platforms). OpenX admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. Except as otherwise stated, OpenX denies the allegations in Paragraph 158 of the SAC.

159.    To the extent the allegations in Paragraph 159 of the SAC are directed toward a third party, no response is required. To the extent any response is required, the allegations in Paragraph 159 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any

characterization of the document or online source that is inconsistent with its content. OpenX denies the remaining allegations in Paragraph 159 of the SAC.

160.    OpenX admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. Except as otherwise stated, OpenX denies the allegations in Paragraph 160 of the SAC.

161.    OpenX admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. Except as otherwise stated, OpenX denies the allegations in Paragraph 161 of the SAC.

162.    Paragraph 162 of the SAC contains conclusions of law to which no response is required. To the extent the allegations in Paragraph 162 of the SAC are directed toward a third party, no response is required. To the extent any response is required, OpenX denies the allegations in Paragraph 162 of the SAC.

163.    Paragraph 163 of the SAC contains conclusions of law to which no response is required. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 163 of the SAC and, on that basis, denies them.

164.    Paragraph 164 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 164 of the SAC and, on that basis, denies them.

165.    OpenX lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 165 of the SAC and, on that basis, denies them.

166.    OpenX admits that it is an independent supply-side platform that operates an advertising exchange that enables website publishers to sell digital ad space on properties they own and facilitates advertisers' ability to buy and display their advertisements on that digital ad space. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 166 of the SAC and, on that basis, denies them.

167.    OpenX admits that OpenX partners with Condé Nast as a publisher. OpenX denies that it offers an "OpenX Tracker." Except as otherwise stated, OpenX denies the remaining allegations in Paragraph 167 of the SAC.

168.    To the extent Paragraph 164 of the SAC contains conclusions of law, no response is required. OpenX admits that OpenX partners with Condé Nast as a publisher. OpenX admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. OpenX denies that it offers an "OpenX Tracker" or that it has "Partner Trackers." Except as otherwise stated, OpenX denies the remaining allegations in Paragraph 168 of the SAC.

169.    OpenX further admits that OpenX partners with Condé Nast as a publisher. OpenX admits that cookies may be used in the course of doing business. OpenX denies that it offers an "OpenX Tracker." Except as otherwise stated, OpenX denies the remaining allegations in Paragraph 169 of the SAC.

170.    To the extent Paragraph 170 of the SAC contains conclusions of law, no response is required. OpenX admits that OpenX partners with Condé Nast as a publisher. OpenX admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. OpenX denies that it offers an "OpenX Tracker." Except as otherwise stated, OpenX denies the remaining allegations in Paragraph 170 of the SAC.

171.    OpenX admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. OpenX denies that it offers an "OpenX Tracker." Except as otherwise stated, OpenX denies the remaining allegations in Paragraph 171 of the SAC.

172.    OpenX admits that it is an independent supply-side platform that operates an advertising exchange that enables website publishers to sell digital ad space on properties they own and facilitates advertisers' ability to buy and display their advertisements on that digital ad space. OpenX admits that it works with publishers (companies that offer advertising space on their digital platforms) and advertising partners (such as brands, advertising agencies, and demand-side platforms). OpenX admits that OpenX partners with Condé Nast as a publisher. OpenX further

admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. OpenX denies that it offers an "OpenX Tracker" or that it has "Partner Trackers." OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 172 of the SAC and, on that basis, denies them.

173. To the extent the allegations in Paragraph 173 of the SAC are directed toward a third party, no response is required. OpenX admits that it works with publishers (companies that offer advertising space on their digital platforms) and advertising partners (such as brands, advertising agencies, and demand-side platforms). OpenX further admits that OpenX partners with Condé Nast as a publisher. OpenX admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. OpenX denies that it deanonymizes any user. Except as otherwise stated, OpenX denies the allegations in Paragraph 173 of the SAC.

174. OpenX admits that it is an independent supply-side platform that operates an advertising exchange that enables website publishers to sell digital ad space on properties they own and facilitates advertisers' ability to buy and display their advertisements on that digital ad space. OpenX further admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. OpenX further admits that cookies may be used in the course of doing business. Except as otherwise stated, OpenX denies the allegations in Paragraph 174 of the SAC.

175. To the extent the allegations in Paragraph 175 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 175 of the SAC and, on that basis, denies them.

176. To the extent the allegations in Paragraph 176 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks

for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 176 of the SAC and, on that basis, denies them.

177.   To the extent the allegations in Paragraph 177 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX denies that it offers an "OpenX Tracker." OpenX further denies that it partners with Covered California as a publisher. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 177 of the SAC and, on that basis, denies them.

178.   The allegations in Paragraph 178 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX admits that it is an independent supply-side platform that operates an advertising exchange that enables website publishers to sell digital ad space on properties they own and facilitates advertisers' ability to buy and display their advertisements on that digital ad space. OpenX denies that it partners with Covered California as a publisher. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 178 of the SAC and, on that basis, denies them.

179.   To the extent the allegations in Paragraph 179 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX denies that it partners with Covered California as a publisher. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 179 of the SAC and, on that basis, denies them.

180.   To the extent the allegations in Paragraph 180 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks

for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX denies that it offers an "OpenX Tracker." OpenX further denies that it partners with Covered California as a publisher. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 180 of the SAC and, on that basis, denies them.

181. To the extent the allegations in Paragraph 181 of the SAC are directed toward a third party, no response is required. To the extent any response is required, OpenX denies that it offers an "OpenX Tracker." OpenX further denies that it partners with Covered California as a publisher. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 181 of the SAC and, on that basis, denies them.

182. To the extent the allegations in Paragraph 182 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX denies that it offers an "OpenX Tracker." OpenX further denies that it partners with Covered California as a publisher. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 182 of the SAC and, on that basis, denies them.

183. To the extent the allegations in Paragraph 183 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. To the extent the allegations in Paragraph 183 of the SAC are directed toward a third party, no response is required. OpenX denies that it offers an "OpenX Tracker" or that it has "Partner Trackers." OpenX further denies that it partners with Covered California as a publisher. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 183 of the SAC and, on that basis, denies them.

184. To the extent the allegations in Paragraph 184 of the SAC are directed toward a third party, no response is required. To the extent any response is required, OpenX admits that OpenX

partners with Condé Nast as a publisher. OpenX denies that it partners with Covered California as a publisher. Except as otherwise stated, OpenX denies the allegations in Paragraph 184 of the SAC.

185.    OpenX admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. OpenX admits that cookies may be used in the course of doing business. OpenX denies that it partners with Covered California as a publisher. Except as otherwise stated, OpenX denies the allegations in Paragraph 185 of the SAC.

186.    OpenX admits that it works with publishers (companies that offer advertising space on their digital platforms) and advertising partners (such as brands, advertising agencies, and demand-side platforms). OpenX further admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. Except as otherwise stated, OpenX denies the allegations in Paragraph 186 of the SAC.

187.    OpenX admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. Except as otherwise stated, OpenX denies the allegations in Paragraph 187 of the SAC.

188.    To the extent the allegations in Paragraph 188 of the SAC reference or purport to summarize, interpret, or quote a document or online source, the document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX admits that it works with publishers (companies that offer advertising space on their digital platforms) and advertising partners (such as brands, advertising agencies, and demand-side platforms). OpenX further admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. Except as otherwise stated, OpenX denies the allegations in Paragraph 188 of the SAC.

189.    The allegations in Paragraph 189 of the SAC reference or purport to summarize, interpret, or quote a document or online source. The document or online source speaks for itself, and OpenX denies any characterization of the document or online source that is inconsistent with its content. OpenX admits that it facilitates more effective audience targeting using limited,

pseudonymized information that may be associated with a device or a collection of devices. Except as otherwise stated, OpenX denies the allegations in Paragraph 189 of the SAC.

190.    OpenX admits that it is an independent supply-side platform that operates an advertising exchange that enables website publishers to sell digital ad space on properties they own and facilitates advertisers' ability to buy and display their advertisements on that digital ad space. OpenX further admits that it works with publishers (companies that offer advertising space on their digital platforms) and advertising partners (such as brands, advertising agencies, and demand-side platforms). OpenX further admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. OpenX denies that it has "Partner Trackers." Except as otherwise stated, OpenX denies the allegations in Paragraph 190 of the SAC.

191.    OpenX admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. Except as otherwise stated, OpenX denies the allegations in Paragraph 191 of the SAC.

192.    OpenX denies the allegations in Paragraph 192 of the SAC.

193.    To the extent the allegations in Paragraph 193 of the SAC are directed toward a third party, no response is required. To the extent any response is required, OpenX admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. OpenX denies that it has "Partner Trackers." Except as otherwise stated, OpenX denies the allegations in Paragraph 193 of the SAC.

194.    To the extent the allegations in Paragraph 194 of the SAC are directed toward a third party, no response is required. To the extent any response is required, OpenX lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 194 of the SAC and, on that basis, denies them.

195.    To the extent the allegations in Paragraph 195 of the SAC are directed toward a third party, no response is required. To the extent any response is required, OpenX admits that it works with publishers (companies that offer advertising space on their digital platforms) and advertising partners (such as brands, advertising agencies, and demand-side platforms). OpenX denies that it

has "Partner Trackers." Except as otherwise stated, OpenX denies the allegations in Paragraph 195 of the SAC.

196.    To the extent the allegations in Paragraph 196 of the SAC state conclusions of law, no response is required. OpenX denies that it has "Partner Trackers." Except as otherwise stated, OpenX denies the allegations in Paragraph 196 of the SAC.

197.    Paragraph 197 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies that it has "Partner Trackers." Except as otherwise stated, OpenX denies the allegations in Paragraph 197 of the SAC.

198.    To the extent the allegations in Paragraph 198 of the SAC state conclusions of law, no response is required. Except as otherwise stated, OpenX denies the allegations in Paragraph 198 of the SAC.

199.    OpenX lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 199 of the SAC and, on that basis, denies them.

200.    OpenX denies that it offers an "OpenX Tracker." OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 200 of the SAC and, on that basis, denies them.

201.    OpenX denies that it offers an "OpenX Tracker." OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 201 of the SAC and, on that basis, denies them.

202.    OpenX denies that it has ever partnered with Covered California as a publisher. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 202 of the SAC and, on that basis, denies them.

203.    OpenX denies that it has ever partnered with Covered California as a publisher. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 203 of the SAC and, on that basis, denies them.

204.    OpenX denies that it has ever partnered with Covered California as a publisher. OpenX denies that it has "Partner Trackers." OpenX further denies that it deanonymizes any user. OpenX denies the remaining allegations in Paragraph 204 of the SAC.

205.    OpenX denies that it offers an "OpenX Tracker" or that it has "Partner Trackers." OpenX denies that it partners with Covered California as a publisher. OpenX further denies that it deanonymizes any user. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 205 of the SAC and, on that basis, denies them.

206.    To the extent the allegations in Paragraph 206 of the SAC state conclusions of law, no response is required. To the extent any response is required, OpenX denies that it has "Partner Trackers." OpenX denies that it has ever partnered with Covered California as a publisher. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 206 of the SAC and, on that basis, denies them.

207.    To the extent the allegations in Paragraph 207 of the SAC state conclusions of law, no response is required. To the extent any response is required, OpenX denies that it deanonymizes any user. OpenX denies that it has ever partnered with Covered California as a publisher. OpenX denies the remaining allegations in Paragraph 207 of the SAC.

208.    To the extent the allegations in Paragraph 208 of the SAC state conclusions of law, no response is required. To the extent any response is required, OpenX denies that it deanonymizes any user. OpenX denies that it has ever partnered with Covered California as a publisher. OpenX admits that it did not obtain a court order related to Plaintiff Cobbs. OpenX denies the remaining allegations in Paragraph 208 of the SAC.

209.    Paragraph 209 of the SAC contains conclusions of law to which no response is required. Additionally, the allegations in Paragraph 209 of the SAC pertain to Plaintiffs' Cause of Action for Unjust Enrichment, which has been dismissed. Except as otherwise stated, OpenX denies the allegations in Paragraph 209 of the SAC.

210.    OpenX denies that it offers an "OpenX Tracker." OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 210 of the SAC, and, on that basis, denies them.

211.    OpenX lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 211 of the SAC, and, on that basis, denies them.

212.    OpenX lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 212 of the SAC, and, on that basis, denies them.

213.    OpenX lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 213 of the SAC, and, on that basis, denies them.

214.    OpenX denies that it has "Partner Trackers." OpenX further denies that it deanonymizes any user. OpenX denies the remaining allegations in Paragraph 214 of the SAC.

215.    OpenX denies that it offers an "OpenX Tracker." OpenX further denies that it deanonymizes any user. OpenX denies that it has ever partnered with Covered California as a publisher. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 215 of the SAC and, on that basis, denies them.

216.    To the extent the allegations in Paragraph 216 of the SAC state conclusions of law, no response is required. To the extent any response is required, OpenX denies that it has "Partner Trackers." OpenX denies the remaining allegations in Paragraph 216 of the SAC.

217.    To the extent the allegations in Paragraph 217 of the SAC state conclusions of law, no response is required. To the extent any response is required, OpenX denies that it deanonymizes any user. OpenX denies the remaining allegations in Paragraph 217 of the SAC.

218.    To the extent the allegations in Paragraph 218 of the SAC state conclusions of law, no response is required. To the extent any response is required, OpenX denies that it deanonymizes any user. OpenX admits that it did not obtain a court order related to Plaintiff Uskup. OpenX denies the remaining allegations in Paragraph 218 of the SAC.

219.    Paragraph 219 of the SAC contains conclusions of law to which no response is required. Additionally, the allegations in Paragraph 219 of the SAC pertain to Plaintiffs' Cause of Action for Unjust Enrichment, which has been dismissed. Except as otherwise stated, OpenX denies the allegations in Paragraph 219 of the SAC.

220.    OpenX lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 220 of the SAC and, on that basis, denies them.

221.    OpenX admits that OpenX partners with Condé Nast as a publisher. OpenX denies that it offers an "OpenX Tracker." OpenX lacks knowledge or information sufficient to form a

belief as to the truth of the remaining allegations in Paragraph 221 of the SAC and, on that basis, denies them.

222.    OpenX admits that OpenX partners with Condé Nast as a publisher. OpenX further admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. OpenX denies that it offers an "OpenX Tracker." OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 222 of the SAC and, on that basis, denies them.

223.    OpenX admits that cookies may be used in the course of doing business. OpenX denies that it offers an "OpenX Tracker." OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 223 of the SAC and, on that basis, denies them.

224.    OpenX denies that it has "Partner Trackers." OpenX admits that OpenX partners with Condé Nast as a publisher. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 224 of the SAC and, on that basis, denies them.

225.    OpenX denies that it has "Partner Trackers." OpenX admits that OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 225 of the SAC and, on that basis, denies them.

226.    OpenX denies that it has "Partner Trackers." OpenX further denies that it deanonymizes any user. OpenX denies the remaining allegations in Paragraph 226 of the SAC.

227.    Paragraph 227 of the SAC contains conclusions of law to which no response is required. To the extent a response is required, OpenX denies the remaining allegations in Paragraph 227 of the SAC.

228.    Paragraph 228 of the SAC contains conclusions of law to which no response is required. To the extent a response is required, OpenX denies the remaining allegations in Paragraph 228 of the SAC.

229.    OpenX denies that it offers an "OpenX Tracker" or that it has "Partner Trackers." OpenX admits that OpenX partners with Condé Nast as a publisher. OpenX further admits that

OpenX may collect, maintain, or process limited, pseudonymized information that may be associated with a device or a collection of devices. OpenX denies that it deanonymizes any user. OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 229 of the SAC and, on that basis, denies them.

230.    To the extent the allegations in Paragraph 230 of the SAC state conclusions of law, no response is required. To the extent any response is required, OpenX denies that it has "Partner Trackers." OpenX admits that OpenX partners with Condé Nast as a publisher. OpenX further admits that cookies may be used in the course of doing business. OpenX denies the remaining allegations in Paragraph 230 of the SAC.

231.    OpenX denies that it offers an "OpenX Tracker." OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 231 of the SAC and, on that basis, denies them.

232.    To the extent the allegations in Paragraph 232 of the SAC state conclusions of law, no response is required. To the extent any response is required, OpenX denies that it deanonymizes any user. OpenX denies the remaining allegations in Paragraph 232 of the SAC.

233.    To the extent the allegations in Paragraph 233 of the SAC state conclusions of law, no response is required. To the extent any response is required, OpenX denies that it deanonymizes any user. OpenX admits that it did not obtain a court order related to Plaintiff Calcines. OpenX denies the remaining allegations in Paragraph 233 of the SAC.

234.    Paragraph 234 of the SAC contains conclusions of law to which no response is required. Additionally, the allegations in Paragraph 234 of the SAC pertain to Plaintiffs' Cause of Action for Unjust Enrichment, which has been dismissed. Except as otherwise stated, OpenX denies the allegations in Paragraph 234 of the SAC.

235.    OpenX admits that Plaintiffs seek to bring this action individually and on behalf of a nationwide class of all other similarly situated individuals, as defined in Paragraph 235 of the SAC. OpenX denies that any putative class is amenable to class certification and that Plaintiffs can satisfy the requirements of Federal Rule of Civil Procedure 23. Except as otherwise stated, OpenX denies the allegations in Paragraph 235 of the SAC.

236. OpenX admits that Plaintiffs seek to bring this action individually and on behalf of a California subclass of all other similarly situated individuals, as defined in Paragraph 236 of the SAC. OpenX denies that any putative class is amenable to class certification and that Plaintiffs can satisfy the requirements of Federal Rule of Civil Procedure 23. Except as otherwise stated, OpenX denies the allegations in Paragraph 236 of the SAC.

237. Paragraph 237 of the SAC contains Plaintiffs' proposed nomenclature for referring to the putative classes, to which no response is required. To the extent any response is required, OpenX denies that any putative class is amenable to class certification and that Plaintiffs can satisfy the requirements of Federal Rule of Civil Procedure 23. Except as otherwise stated, OpenX denies the allegations in Paragraph 237 of the SAC.

238. OpenX admits that Plaintiffs seek to bring this action individually and on behalf of a nationwide class and California subclass of all other similarly situated individuals, as defined in Paragraphs 235 and 236 of the SAC, and that Plaintiffs seek to exclude from these classes the individuals listed in Paragraph 238 of the SAC. OpenX denies that any putative class is amenable to class certification and that Plaintiffs can satisfy the requirements of Federal Rule of Civil Procedure 23. Except as otherwise stated, OpenX denies the allegations in Paragraph 238 of the SAC.

239. Paragraph 239 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies the allegations in Paragraph 239 of the SAC.

240. Paragraph 240 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies the allegations in Paragraph 240 of the SAC.

241. Paragraph 241 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 241 of the SAC and, on that basis, denies them.

242. Paragraph 242 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies the remaining allegations in Paragraph 242 of the SAC.

243. Paragraph 243 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies the remaining allegations in Paragraph 243 of the SAC.

244. OpenX repeats and incorporates by reference its responses to each preceding Paragraph as if fully stated herein.

245. OpenX admits that Plaintiffs seek to bring this claim individually and on behalf of a nationwide class and California subclass of all other similarly situated individuals. OpenX denies that any putative class is amenable to class certification and that Plaintiffs can satisfy the requirements of Federal Rule of Civil Procedure 23. Except as otherwise stated, OpenX denies the allegations in Paragraph 245 of the SAC.

246. OpenX admits that Plaintiffs seek to bring this claim under California law. Except as otherwise stated, OpenX denies the allegations in Paragraph 246 of the SAC.

247. Paragraph 247 of the SAC contains conclusions of law to which no response is required. The allegations in Paragraph 247 of the SAC reference or purport to summarize, interpret, or quote case law. The case law speaks for itself, and OpenX denies any characterization of the case law that is inconsistent with its content.

248. Paragraph 248 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies the allegations in Paragraph 248 of the SAC.

249. Paragraph 249 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies the allegations in Paragraph 249 of the SAC.

250. Paragraph 250 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies the allegations in Paragraph 250 of the SAC.

251.    Paragraph 251 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies the allegations in Paragraph 251 of the SAC.

252.    Paragraph 252 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies the allegations in Paragraph 252 of the SAC.

253.    Paragraph 253 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies the allegations in Paragraph 253 of the SAC.

254.    Paragraph 254 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies the allegations in Paragraph 254 of the SAC.

255.    OpenX admits that Plaintiffs seek to bring this claim individually and on behalf of a nationwide class and a California subclass of all other similarly situated individuals, and that Plaintiffs seek the relief described in Paragraph 255 of the SAC. OpenX denies that any putative class is amenable to class certification, that Plaintiffs can satisfy the requirements of Federal Rule of Civil Procedure 23, and that Plaintiffs or other putative class members are entitled to any relief whatsoever. Except as otherwise stated, OpenX denies the allegations in Paragraph 255 of the SAC.

256.    OpenX repeats and incorporates by reference its responses to each preceding Paragraph as if fully stated herein.

257.    OpenX admits that Plaintiffs seek to bring this claim individually and on behalf of a California subclass of all other similarly situated individuals. OpenX denies that any putative class is amenable to class certification and that Plaintiffs can satisfy the requirements of Federal Rule of Civil Procedure 23. Except as otherwise stated, OpenX denies the allegations in Paragraph 257 of the SAC.

258.    Paragraph 258 of the SAC contains conclusions of law to which no response is required. The allegations in Paragraph 258 of the SAC reference or purport to summarize, interpret, or quote Cal. Penal Code § 630. The statute speaks for itself, and OpenX denies any characterization

of the statute that is inconsistent with its content. To the extent any response is required, OpenX denies the allegations in Paragraph 258 of the SAC.

259. Paragraph 259 of the SAC contains conclusions of law to which no response is required. The allegations in Paragraph 259 of the SAC reference or purport to summarize, interpret, or quote case law. The case law speaks for itself, and OpenX denies any characterization of the case law that is inconsistent with its content. To the extent any response is required, OpenX denies the allegations in Paragraph 259 of the SAC.

260. Paragraph 260 of the SAC contains conclusions of law to which no response is required. The allegations in Paragraph 260 of the SAC reference or purport to summarize, interpret, or quote case law. The case law speaks for itself, and OpenX denies any characterization of the case law that is inconsistent with its content. To the extent any response is required, OpenX denies the allegations in Paragraph 260 of the SAC.

261. Paragraph 261 of the SAC contains conclusions of law to which no response is required. The allegations in Paragraph 261 of the SAC reference or purport to summarize, interpret, or quote case law. The case law speaks for itself, and OpenX denies any characterization of the case law that is inconsistent with its content. The allegations in Paragraph 261 of the SAC reference or purport to summarize, interpret, or quote Cal. Penal Code § 631. The statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content. To the extent any response is required, OpenX denies the allegations in Paragraph 261 of the SAC.

262. Paragraph 262 of the SAC contains conclusions of law to which no response is required. The allegations in Paragraph 262 of the SAC reference or purport to summarize, interpret, or quote case law. The case law speaks for itself, and OpenX denies any characterization of the case law that is inconsistent with its content. Except as otherwise stated, OpenX denies the allegations in Paragraph 262 of the SAC.

263. Paragraph 263 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies the allegations in Paragraph 263 of the SAC. To the extent the allegations in Paragraph 263 of the SAC reference or purport to

summarize, interpret, or quote Cal. Penal Code § 631, the statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content.

264.    Paragraph 264 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies the allegations in Paragraph 264 of the SAC. The allegations in Paragraph 264 of the SAC reference or purport to summarize, interpret, or quote case law. The case law speaks for itself, and OpenX denies any characterization of the case law that is inconsistent with its content.

265.    Paragraph 265 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies that it has "Partner Trackers," and denies the remaining allegations in Paragraph 265 of the SAC. To the extent the allegations in Paragraph 265 of the SAC reference or purport to summarize, interpret, or quote Cal. Penal Code § 631, the statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content.

266.    Paragraph 266 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies the allegations in Paragraph 266 of the SAC. To the extent the allegations in Paragraph 266 of the SAC reference or purport to summarize, interpret, or quote Cal. Penal Code § 631, the statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content.

267.    Paragraph 267 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies that it has "Partner Trackers," and denies the remaining allegations in Paragraph 267 of the SAC. The allegations in Paragraph 267 of the SAC reference or purport to summarize, interpret, or quote Cal. Penal Code § 631. The statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content.

268.    Paragraph 268 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies the allegations in Paragraph 268 of the SAC. To the extent the allegations in Paragraph 268 of the SAC reference or purport to

summarize, interpret, or quote Cal. Penal Code § 631, the statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content.

269.    Paragraph 269 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies the allegations in Paragraph 269 of the SAC. To the extent the allegations in Paragraph 269 of the SAC reference or purport to summarize, interpret, or quote Cal. Penal Code § 631, the statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content.

270.    To the extent the allegations in Paragraph 270 of the SAC reference or purport to summarize, interpret, or quote Cal. Penal Code §§ 631 or 637.2, the statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content. Paragraph 270 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX admits that Plaintiffs seek to bring this claim individually and on behalf of a California subclass of all other similarly situated individuals, and that Plaintiffs seek the relief described in Paragraph 270 of the SAC. OpenX denies that any putative class is amenable to class certification, that Plaintiffs can satisfy the requirements of Federal Rule of Civil Procedure 23, and that Plaintiffs or other putative class members are entitled to any relief whatsoever. Except as otherwise stated, OpenX denies the allegations in Paragraph 270 of the SAC.

271.    OpenX repeats and incorporates by reference its responses to each preceding Paragraph as if fully stated herein.

272.    OpenX admits that Plaintiffs seek to bring this claim individually and on behalf of a California subclass of all other similarly situated individuals. OpenX denies that any putative class is amenable to class certification and that Plaintiffs can satisfy the requirements of Federal Rule of Civil Procedure 23. Except as otherwise stated, OpenX denies the allegations in Paragraph 272 of the SAC.

273.    Paragraph 273 of the SAC contains conclusions of law to which no response is required. The allegations in Paragraph 273 of the SAC reference or purport to summarize, interpret, or quote Cal. Penal Code § 638.51. The statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content.

274.    Paragraph 274 of the SAC contains conclusions of law to which no response is required. The allegations in Paragraph 274 of the SAC reference or purport to summarize, interpret, or quote Cal. Penal Code § 638.50. The statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content.

275.    Paragraph 275 of the SAC contains conclusions of law to which no response is required. The allegations in Paragraph 275 of the SAC reference or purport to summarize, interpret, or quote Cal. Penal Code § 638.50. The statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content.

276.    Paragraph 276 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies the allegations in Paragraph 276 of the SAC. To the extent the allegations in Paragraph 276 of the SAC reference or purport to summarize, interpret, or quote Cal. Penal Code §§ 638.50 or 638.51, the statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content.

277.    Paragraph 277 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies the allegations in Paragraph 277 of the SAC. To the extent the allegations in Paragraph 277 of the SAC reference or purport to summarize, interpret, or quote Cal. Penal Code §§ 638.50 or 638.51, the statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content.

278.    Paragraph 278 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies the allegations in Paragraph 278 of the SAC. The allegations in Paragraph 278 of the SAC reference or purport to summarize, interpret, or quote case law. The case law speaks for itself, and OpenX denies any characterization of the case law that is inconsistent with its content.

279.    Paragraph 279 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies the allegations in Paragraph 279 of the SAC. The allegations in Paragraph 279 of the SAC reference or purport to summarize, interpret, or quote case law. The case law speaks for itself, and OpenX denies any characterization of the case law that is inconsistent with its content.

280. Paragraph 280 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies that it offers an "OpenX Tracker," and denies the remaining allegations in Paragraph 280 of the SAC. The allegations in Paragraph 280 of the SAC reference or purport to summarize, interpret, or quote Cal. Penal Code § 638.50. The statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content.

281. Paragraph 281 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies that it offers an "OpenX Tracker," and denies the remaining allegations in Paragraph 281 of the SAC. To the extent the allegations in Paragraph 281 of the SAC reference or purport to summarize, interpret, or quote Cal. Penal Code §§ 638.50 or 638.51, the statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content.

282. Paragraph 282 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies that it offers an "OpenX Tracker," and denies the remaining allegations in Paragraph 282 of the SAC. To the extent the allegations in Paragraph 282 of the SAC reference or purport to summarize, interpret, or quote Cal. Penal Code §§ 638.50 or 638.51, the statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content.

283. Paragraph 283 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies that it offers an "OpenX Tracker," and denies the remaining allegations in Paragraph 283 of the SAC. To the extent the allegations in Paragraph 283 of the SAC reference or purport to summarize, interpret, or quote Cal. Penal Code §§ 638.50 or 638.51, the statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content.

284. To the extent the allegations in Paragraph 284 of the SAC reference or purport to summarize, interpret, or quote Cal. Penal Code § 637.2, the statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content. Paragraph 284 of the SAC contains conclusions of law to which no response is required. To the extent any response is

required, OpenX admits that Plaintiffs seek to bring this claim individually and on behalf of a California subclass of all other similarly situated individuals, and that Plaintiffs seek the relief described in Paragraph 284 of the SAC. OpenX denies that any putative class is amenable to class certification, that Plaintiffs can satisfy the requirements of Federal Rule of Civil Procedure 23, and that Plaintiffs or other putative class members are entitled to any relief whatsoever. Except as otherwise stated, OpenX denies the allegations in Paragraph 284 of the SAC.

285.    OpenX repeats and incorporates by reference its responses to each preceding Paragraph as if fully stated herein.

286.    OpenX admits that Plaintiffs seek to bring this claim individually and on behalf of a nationwide class and a California subclass of all other similarly situated individuals. OpenX denies that any putative class is amenable to class certification and that Plaintiffs can satisfy the requirements of Federal Rule of Civil Procedure 23. Except as otherwise stated, OpenX denies the allegations in Paragraph 286 of the SAC.

287.    Paragraph 287 of the SAC contains conclusions of law to which no response is required. The allegations in Paragraph 287 of the SAC reference or purport to summarize, interpret, or quote 18 U.S.C. § 2511. The statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content.

288.    Paragraph 288 of the SAC contains conclusions of law to which no response is required. The allegations in Paragraph 288 of the SAC reference or purport to summarize, interpret, or quote 18 U.S.C. § 2511. The statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content.

289.    Paragraph 289 of the SAC contains conclusions of law to which no response is required. The allegations in Paragraph 289 of the SAC reference or purport to summarize, interpret, or quote 18 U.S.C. § 2520. The statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content.

290.    Paragraph 290 of the SAC contains conclusions of law to which no response is required. The allegations in Paragraph 290 of the SAC reference or purport to summarize, interpret,

or quote 18 U.S.C. § 2510. The statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content.

291. Paragraph 291 of the SAC contains conclusions of law to which no response is required. The allegations in Paragraph 291 of the SAC reference or purport to summarize, interpret, or quote 18 U.S.C. § 2510. The statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content.

292. Paragraph 292 of the SAC contains conclusions of law to which no response is required. The allegations in Paragraph 292 of the SAC reference or purport to summarize, interpret, or quote 18 U.S.C. § 2510. The statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content.

293. Paragraph 293 of the SAC contains conclusions of law to which no response is required. The allegations in Paragraph 293 of the SAC reference or purport to summarize, interpret, or quote 18 U.S.C. § 2510. The statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content.

294. Paragraph 294 of the SAC contains conclusions of law to which no response is required. The allegations in Paragraph 294 of the SAC reference or purport to summarize, interpret, or quote 18 U.S.C. § 2510. The statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content.

295. To the extent the allegations in Paragraph 295 of the SAC reference or purport to summarize, interpret, or quote 18 U.S.C. § 2510, the statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content. Paragraph 295 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies that it offers an "OpenX Tracker" or that it has "Partner Trackers." OpenX denies the remaining allegations in Paragraph 295 of the SAC.

296. To the extent the allegations in Paragraph 296 of the SAC reference or purport to summarize, interpret, or quote 18 U.S.C. § 2510, the statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content. Paragraph 296 of the SAC

contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies the allegations in Paragraph 296 of the SAC.

297.    To the extent the allegations in Paragraph 297 of the SAC reference or purport to summarize, interpret, or quote 18 U.S.C. § 2511, the statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content. Paragraph 297 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies that it offers an "OpenX Tracker." OpenX denies the remaining allegations in Paragraph 297 of the SAC.

298.    To the extent the allegations in Paragraph 298 of the SAC reference or purport to summarize, interpret, or quote 18 U.S.C. §§ 2510 or 2511, the statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content. Paragraph 298 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies the allegations in Paragraph 298 of the SAC.

299.    To the extent the allegations in Paragraph 299 of the SAC reference or purport to summarize, interpret, or quote 18 U.S.C. § 2511, the statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content. Paragraph 299 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies the allegations in Paragraph 299 of the SAC.

300.    To the extent the allegations in Paragraph 300 of the SAC reference or purport to summarize, interpret, or quote 18 U.S.C. §§ 2510 or 2511, the statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content. Paragraph 300 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies the allegations in Paragraph 300 of the SAC.

301.    To the extent the allegations in Paragraph 301 of the SAC reference or purport to summarize, interpret, or quote 18 U.S.C. § 2511, the statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content. To the extent the allegations in Paragraph 301 of the SAC reference or purport to summarize, interpret, or quote case law, the case law speaks for itself, and OpenX denies any characterization of the case law that is inconsistent

with its content. Paragraph 301 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies the allegations in Paragraph 301 of the SAC.

302.    To the extent the allegations in Paragraph 302 of the SAC reference or purport to summarize, interpret, or quote 18 U.S.C. § 2511, the statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content. Paragraph 302 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies the allegations in Paragraph 302 of the SAC.

303.    To the extent the allegations in Paragraph 303 of the SAC reference or purport to summarize, interpret, or quote 18 U.S.C. § 2511, the statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content. Paragraph 303 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies the allegations in Paragraph 303 of the SAC.

304.    To the extent the allegations in Paragraph 304 of the SAC reference or purport to summarize, interpret, or quote 18 U.S.C. §§ 2511, *et seq.*, the statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content. Paragraph 304 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX denies the allegations in Paragraph 304 of the SAC.

305.    To the extent the allegations in Paragraph 305 of the SAC reference or purport to summarize, interpret, or quote 18 U.S.C. §§ 2510, *et seq.*, the statute speaks for itself, and OpenX denies any characterization of the statute that is inconsistent with its content. Paragraph 305 of the SAC contains conclusions of law to which no response is required. To the extent any response is required, OpenX admits that Plaintiffs seek to bring this claim individually and on behalf of a nationwide class and a California subclass of all other similarly situated individuals, and that Plaintiffs seek the relief described in Paragraph 305 of the SAC. OpenX denies that any putative class is amenable to class certification, that Plaintiffs can satisfy the requirements of Federal Rule of Civil Procedure 23, and that Plaintiffs or other putative class members are entitled to any relief whatsoever. Except as otherwise stated, OpenX denies the allegations in Paragraph 305 of the SAC.

## PRAYER FOR RELIEF

OpenX denies that Plaintiffs and putative class members are entitled to any of the requested relief, including the relief requested under the section entitled "Prayer for Relief."

## DEMAND FOR JURY TRIAL

OpenX demands a jury trial of all matters so triable.

## AFFIRMATIVE DEFENSES

Without admitting any of the allegations of the SAC and without admitting or acknowledging that OpenX bears any burden of proof as to any of them, OpenX asserts the following affirmative defenses. The following affirmative defenses are based on OpenX's knowledge, information, and belief at this time, and OpenX specifically reserves the right to modify, amend, or supplement any affirmative defense contained in this Answer. OpenX reserves the right to assert other defenses as information is gathered through discovery and investigation.

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

The SAC and the claims alleged therein are barred, in whole or in part, for failure to state facts sufficient to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

### (Consent)

Plaintiffs' and the putative classes' claims are barred, in whole or in part, to the extent that Plaintiffs and/or putative class members consented to OpenX's receipt of some or all of the information that forms the basis for their claims. For example, upon information and belief, Plaintiffs and putative class members expressly or impliedly consented to websites' terms of use or privacy policies and/or continued to use those websites with actual or constructive notice that the alleged conduct was occurring. Upon information and belief, Plaintiffs and putative class members also never took action to prevent the alleged conduct, which they could have done through user requests, browser settings, or similar measures.

## THIRD AFFIRMATIVE DEFENSE

### (Authorization)

Plaintiffs' and the putative classes' claims are barred, in whole or in part, because OpenX's alleged conduct was authorized by the websites and mobile apps alleged in the SAC.

## FOURTH AFFIRMATIVE DEFENSE

### (License)

Plaintiffs' and the putative classes' claims are barred, in whole or in part, because OpenX had an implied or express license to utilize the information at issue in the SAC.

## FIFTH AFFIRMATIVE DEFENSE

### (Barred by Contract)

Plaintiffs' and the putative classes' claims are barred, in whole or in part, by contracts and/or agreements entered into with the websites and mobile apps alleged in the SAC. When Plaintiffs and putative class members use the websites and mobile apps alleged in the SAC, they agreed to privacy policies, terms of use, and other agreements which may contain limitation-of-liability provisions or other provisions applicable to this action.

## SIXTH AFFIRMATIVE DEFENSE

### (Assumption of Risk)

Plaintiffs' and the putative classes' claims are barred, in whole or in part, by the doctrine of primary assumption of risk. Upon information and belief, Plaintiffs and putative class members approved and participated in the conduct of which they now complain. Plaintiffs' and the putative classes' conduct indicates that they implicitly consented to the alleged risk. As such, Plaintiffs and putative class members excused OpenX from any legal duty it may have had in connection with the conduct alleged in the SAC.

## SEVENTH AFFIRMATIVE DEFENSE

### (Comparative Fault or Offset)

OpenX alleges that all or part of the damages alleged in the SAC were caused by the acts and/or omissions of other persons or entities for whose conduct OpenX is not reasonably responsible including, without limitation, acts, and/or omissions of Plaintiffs and/or putative class

members or any operators of third-party websites or mobile apps that failed to include any required disclosures and/or obtain any legally required consent from their users.

## EIGHTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

Plaintiffs' and the putative classes' claims are barred, in whole or in part, by Plaintiffs' and/or putative class members' failure to mitigate their alleged damages. Upon information and belief, Plaintiffs and putative class members never took action to prevent the alleged conduct, which they could have done through user requests, browser settings, or similar measures.

## NINTH AFFIRMATIVE DEFENSE

### (Laches and Unclean Hands)

Plaintiffs' and the putative classes' claims are barred, in whole or in part, by the doctrines of laches and unclean hands.

## TENTH AFFIRMATIVE DEFENSE

### (Waiver, Ratification, Acquiescence, Estoppel)

Plaintiffs' and the putative classes' claims are barred, in whole or in part, by the doctrines of waiver, ratification, acquiescence, and/or estoppel.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Reasonableness and Good Faith)

Plaintiffs' and the putative classes' claims are barred, in whole or in part, by OpenX's good faith and reasonable interpretation of federal and state laws and regulations. Any alleged violation was not negligent, intentional, or reckless.

## TWELFTH AFFIRMATIVE DEFENSE

### (Mistake)

Plaintiffs' and the putative classes' claims are barred, in whole or in part, on the grounds that OpenX reasonably relied on facts that may later prove to be incorrect and/or made a bone fide error despite using reasonable procedures to avoid any such error. For example, OpenX required third parties who use its services to, among other things, follow all applicable laws, regulations, and industry guidelines while using its services. OpenX reasonably relied on third parties to abide

by these requirements.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Communications Decency Act, 47 U.S.C. § 230)

Plaintiffs' and the putative classes' claims are barred, in whole or in part, by Section 230 of the Communications Decency Act. Section 230 immunity applies where "(1) [the defendant is] a provider or user of an interactive computer service (2) whom a plaintiff seeks to treat, under a state law cause of action, as a publisher or speaker (3) of information provided by another information content provider." *Dyroff v. Ultimate Software Grp, Inc.*, 934 F.3d 1093, 1097 (9th Cir. 2019). To the extent Plaintiffs' and the putative classes' claims attempt to hold OpenX liable as the publisher or speaker of content supplied by third parties, such claims are barred by Section 230.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Substantial Compliance)

Plaintiffs' and the putative classes' claims are barred, in whole or in part, because at all times OpenX substantially complied with any applicable law, statutes, and/or regulations.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

Plaintiffs and the putative class members' claims are barred, in whole or in part, to the extent that they failed to bring their causes of action within the time period required by the applicable statute of limitations.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (No Article III Standing)

Plaintiffs and the putative class members' claims are barred, in whole or in part, under Article III of the United States Constitution because they have not suffered an injury-in-fact sufficient to confer Article III standing.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (No Cognizable Injury)

Plaintiffs' and the putative classes' claims are barred, in whole or in part, because they have not sustained any cognizable injury based on the purported conduct at issue in this litigation.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

**(Terms of the CCPA)**

Plaintiffs' and the putative classes' claims are barred, in whole or in part, under the CCPA, Cal. Civ. Code §§ 1798.100, *et seq*.

**NINETEENTH AFFIRMATIVE DEFENSE**

**(No Causation)**

Plaintiffs' and the putative classes' claims are barred because the conduct of OpenX upon which Plaintiffs and putative class members base their claims was not the actual or proximate cause of any loss, damage, or injury sustained by Plaintiffs and/or putative class members.

**TWENTIETH AFFIRMATIVE DEFENSE**

**(Adequate Remedy)**

Because Plaintiffs seek statutory damages on behalf of themselves and putative class members, Plaintiff and putative class members have an adequate remedy at law. Plaintiffs and the putative class members therefore cannot seek equitable relief.

**TWENTY FIRST AFFIRMATIVE DEFENSE**

**(Punitive Damages)**

To the extent Plaintiffs and the putative class claim exemplary or punitive damages, such awards are prohibited under the Fifth, Eighth, and Fourteenth Amendments to the United States Constitution. Alternatively, to the extent Plaintiffs and the putative class claim exemplary or punitive damages, they fail to allege claims or injury sufficient to entitle them to such an award.

**TWENTY SECOND AFFIRMATIVE DEFENSE**

**(Statutory Damages Not Appropriate)**

Plaintiffs' and the putative classes' claims are barred, in whole or in part, because statutory damages are not appropriate in the circumstances alleged in the SAC. Even if there is a finding of liability, the Court has discretion to decline to award the requested statutory damages.

**TWENTY THIRD AFFIRMATIVE DEFENSE**

**(Unjust Enrichment)**

Plaintiffs' and the putative classes' claims are barred, in whole or in part, because Plaintiffs

and putative class members would be unjustly enriched if allowed to recover any portion of the damages or other relief sought in the SAC.

## TWENTY FOURTH AFFIRMATIVE DEFENSE

### (Lack of Scienter)

Plaintiffs' and the putative classes' claims fail because OpenX lacks the requisite scienter, including specific intent and/or willfulness, necessary to establish violations of Cal. Penal Code § 631(a), 18 U.S.C. §§ 2511(1), *et seq.*, or Intrusion Upon Seclusion.

## TWENTY FIFTH AFFIRMATIVE DEFENSE

### (No Privacy Interest)

Plaintiffs' and the putative classes' claims are barred, in whole or in part, because Plaintiffs do not maintain a legally protected privacy interest over the data Plaintiffs allege to have been impermissibly received by OpenX.

## TWENTY SIXTH AFFIRMATIVE DEFENSE

### (No Serious Invasion of Privacy)

Plaintiffs' and the putative classes' claim under the California common law right against intrusion upon seclusion is barred, in whole or in part, because OpenX's alleged conduct is not a serious or highly offensive invasion of privacy.

## TWENTY SEVENTH AFFIRMATIVE DEFENSE

### (No Pen Register)

Plaintiffs' and the putative classes' "pen register" claim is barred because OpenX's technology does not constitute a "pen register" within the meaning of California Penal Code § 638.51(a). Construing that term to include commercial software tools used for advertising delivery would be inconsistent with the statutory text and legislative intent and would lead to absurd results.

## TWENTY EIGHTH AFFIRMATIVE DEFENSE

### (Permissible Use of Pen Register)

To the extent any of OpenX's technology is deemed to be a "pen register" under the meaning of CIPA, Cal. Penal Code § 638.51(a), Plaintiffs' and the putative classes' "pen register" claim is barred because OpenX's use complied with applicable law due to consent, authorization,

or other applicable exception.

## TWENTY NINTH AFFIRMATIVE DEFENSE

### (Extraterritoriality)

Plaintiffs' and the putative classes' claims based on California law are barred, in whole or in part, because California law does not apply to persons who do not reside in California and/or to conduct occurring outside California.

## THIRTIETH AFFIRMATIVE DEFENSE

### (Party to Communications)

Plaintiffs' and the putative classes' claims under California Penal Code §§ 631, *et seq*. are barred, in whole or in part, because OpenX was a party to the communications alleged by Plaintiffs and the putative class.

## THIRTY FIRST AFFIRMATIVE DEFENSE

### (First Amendment)

Plaintiffs' and the putative classes' claims are barred, in whole or in part, by the First Amendment to the United States Constitution and similar provisions of state constitutions, including Article I, Section 2 of the California Constitution, which protect the creation and dissemination of information. *See, e.g.*, *Sorrell v. IMS Health Inc.*, 564 U.S. 552, 570 (2011).

## THIRTY SECOND AFFIRMATIVE DEFENSE

### (Dormant Commerce Clause)

Plaintiffs' and the putative classes' claims are barred, in whole or in part, by the Dormant Commerce Clause of the United States Constitution. As construed by Plaintiffs and the putative class, the California laws they invoke would regulate transactions, data processing, and commercial conduct occurring substantially outside California and would require OpenX to conform its nationwide operations to California-specific requirements. Such application imposes a burden on interstate commerce that is clearly excessive in relation to any local benefits, and it risks inconsistent regulation across jurisdictions. To the extent Plaintiffs and the putative class seek to apply California law to control conduct occurring wholly outside California or to mandate nationwide compliance, their claims are unconstitutional.

## THIRTY THIRD AFFIRMATIVE DEFENSE

### (Due Process)

Plaintiffs' and the putative classes' claims are barred, in whole or in part, by the Due Process Clause of the United States Constitution because the disparity between any injury or damages actually sustained by Plaintiffs and the relief they seek is so grossly excessive and disproportionate as to violate OpenX's due process rights.

Dated: April 14, 2026                                    MORRISON & FOERSTER LLP


                                                         By: /s/ *Tiffany Cheung*
                                                             Tiffany Cheung

                                                             *Attorneys for Defendant*
                                                             OPENX TECHNOLOGIES, INC.