BURSOR & FISHER, P.A.
JOSHUA R. WILNER (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, Ca 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: Jwilner@Bursor.com

BURSOR & FISHER, P.A.
PHILIP L. FRAIETTA (State Bar No. 354768)
MAX S. ROBERTS (Pro Hac Vice
Forthcoming)
VICTORIA X. ZHOU (Pro Hac Vice
Forthcoming)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com
          mroberts@bursor.com
          vzhou@bursor.com

Attorneys for Plaintiffs
KRISTIN COBBS, DILARA USKUP, AND
CHRISTIAN CALCINES, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED

TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
CAMILA TAPERNOUX (CA SBN 299289)
CTapernoux@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

Attorneys for Defendant
OPENX TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN COBBS, DILARA USKUP, AND CHRISTIAN CALCINES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>OPENX TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 3:25-cv-05588-SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Courtroom:  1 - 17th Floor<br>Judge:  The Honorable Susan Illston<br><br>Action Filed:  July 2, 2025 |

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO RESPOND TO
SECOND AMENDED COMPLAINT
CASE NO. 3:25-CV-05588-SI
MF-369071298

Plaintiffs Kristin Cobbs, Dilara Uskup, and Christian Calcines ("Plaintiffs"), and Defendant OpenX Technologies, Inc. ("OpenX," and collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, on October 24, 2025, Plaintiffs filed a First Amended Complaint (ECF No. 23).

WHEREAS, on November 21, 2025, OpenX filed a Motion to Dismiss Plaintiffs' First Amended Complaint (ECF No. 26).

WHEREAS, on January 27, 2026, the Court granted the Motion to Dismiss the First Amended Complaint in part, denied the Motion in part, and granted Plaintiffs leave to file an amended complaint by February 5, 2026 (ECF No. 35).

WHEREAS, on February 4, 2026, Plaintiffs filed a Notice of Intent Not to File an Amended Complaint (ECF No. 37).

WHEREAS, on March 10, 2026, Plaintiffs filed their Motion for Leave to File a Second Amended Complaint (ECF No. 44).

WHEREAS, on March 31, 2026, the Court granted Plaintiffs' Motion for Leave to File a Second Amended Complaint (ECF No. 48).

WHEREAS, on March 31, 2026, Plaintiffs filed their Second Amended Complaint (ECF No. 49).

WHEREAS, OpenX's current deadline to file a Response to Plaintiffs' Second Amended Complaint is April 14, 2026. *See* Fed. R. Civ. P. 15(a)(3).

WHEREAS, the Parties have conferred and agree that good cause exists for a brief seven-day extension of OpenX's deadline to respond to Plaintiffs' Second Amended Complaint given the length and complexity of the legal claims and factual allegations raised in the Second Amended Complaint, which contains over 300 paragraphs.

WHEREAS, the Court has previously ruled on requests for time modifications in this case as follows:

- Court Order Granting Plaintiffs' Unopposed Motion to Extend Time for Defendant

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO RESPOND TO
SECOND AMENDED COMPLAINT
CASE NO. 3:25-CV-05588-SI
MF-369071298

2

to Respond to Complaint (ECF No. 12);

- Court Order Granting in Part and Denying in Part the Parties' Stipulation Setting Motion to Dismiss Briefing Schedule and Continuing Case Management Conference (ECF No. 21);

- Court Order Granting As Amended the Parties' Stipulation Setting Motion to Dismiss First Amended Complaint Briefing Schedule and Continuing Case Management Conference (ECF No. 25);

- Court Order Granting the Parties Stipulation to Extend Deadline to Respond to First Amended Complaint (ECF No. 41)

WHEREAS, the requested extension would not alter any other deadline in this case.

NOW THEREFORE, the Parties, through their respective attorneys of record and subject to the Court's approval, STIPULATE and AGREE that OpenX's deadline to file its Response to Plaintiffs' Second Amended Complaint shall be April 21, 2026.

**IT IS SO STIPULATED.**

Dated: April 10, 2026                    **MORRISON & FOERSTER LLP**

By: */s/ Tiffany Cheung*
Tiffany Cheung
Camila A. Tapernoux

*Attorneys for Defendant*
OPENX TECHNOLOGIES, INC.

Dated: April 10, 2026                    **BURSOR & FISHER, P.A.**

By: */s/ Joshua R. Wilner*
Joshua R. Wilner

*Attorneys for Plaintiffs*
KRISTIN COBBS, DILARA USKUP,
AND CHRISTIAN CALCINES,
INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO RESPOND TO
SECOND AMENDED COMPLAINT
CASE NO. 3:25-CV-05588-SI
MF-369071298

3

**ATTESTATION**

I, Tiffany Cheung, attest that for all conformed signatures indicated by a "/s/," the signatory has concurred in the filing of this document.

Dated: April 10, 2025

*/s/ Tiffany Cheung*
Tiffany Cheung

**~~PROPOSED~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 15, 2026

_____
Honorable Susan Illston
United States District Judge

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO RESPOND TO
SECOND AMENDED COMPLAINT
CASE NO. 3:25-CV-05588-SI
MF-369071298

4